# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Custom Dynamics, LLC, <br><br> Petitioner/Judgment Creditor, <br><br> v. <br><br> Michael Schultz d/b/a Everything L.E.D.- Harley, <br><br> Respondent/Judgment Debtor. | No. 18-00011-MC <br><br> **CHARGING ORDER AGAINST THE INTEREST OF MICHAEL SCHULTZ IN EVERYTHING LED HARLEY DAVIDSON, L.L.C.** |

Petitioner/Judgment Creditor Custom Dynamics, LLC ("Custom"), pursuant to Fed. R. Civ. P. 69 and A.R.S. § 29–655, filed a petition with the Court (the "Petition") seeking a Charging Order against the interest of Respondent/Judgment Debtor Michael Schutz, d/b/a Everything L.E.D. – Harley ("Schultz") in the Arizona limited liability company registered as Everything LED Harley Davidson, L.L.C. ("Everything LED"), of which he is a member.

The Court issued its Order to Show Cause directing that Schultz and Everything LED appear before the Court on November 13, 2019 at 1:30 PM, before Magistrate Judge Michelle H. Burns, to show cause why the relief requested in the Petition should not be granted, and on Friday, November 1, 2019 at 2:10 PM, the Petition and Order to Show Cause were served on Schultz and Everything LED. (Docs. 28, 30.)

The Court having considered the Report and Recommendation from Magistrate Judge Burns (Doc. 34).

///

**IT IS HEREBY ORDERED** that the R&R (Doc. 34) is **accepted**.

**IT IS FURTHER ORDERED** as follows:

1. Custom is hereby **granted** an Order charging the interest of Michael Schultz in Everything LED Harley Davidson, L.L.C. with payment of the unsatisfied amount of the Judgment (Doc. 21).

2. Everything LED Harley Davidson, L.L.C., and its members and managers therein, are ordered to refrain from paying any monies or profits due to Michael Schultz or his assignees until Custom's Judgment is satisfied in full.

3. Everything LED Harley Davidson, L.L.C., and its members and managers therein, are directed to pay to Custom any monies or profits due or to become due to Michael Schultz or his assignees. Payments are to be sent to Custom through their counsel of this record.

4. Everything LED Harley Davidson, L.L.C., and its members and managers therein, are further ordered to respond to or answer all inquiries from Custom or its counsel, with regard to the limited liability company and to allow Custom or its counsel complete access to the books and records of the limited liability company.

5. The Court having determined there is no just reason for delay, the Clerk is directed to enter this Order forthwith.

Dated this 19th day of November, 2019.

_____
G. Murray Snow
Chief United States District Judge